IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALPHA ALPHA, LLC, a New Mexico limited
liability company, on behalf of itself and
derivatively on behalf of Avalon Jubilee, LLC,

    Plaintiff,

v.                                                        CIV 18-648 KG/KBM

LAND STRATEGIES, LLC,
a Nevada limited liability company,
RONALD R. COBB, and PETER GHISHAN,

    Defendants,

and

RONALD R. COBB,

    Third-Party Plaintiff,

v.

AVALON JUBILEE, LLC,
a New Mexico limited liability company,

    Third-Party Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO THIRD-PARTY PLAINTIFF RONALD R. COBB'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THIRD-PARTY DEFENDANT AVALON JUBILEE, LLC: CLAIM FOR ADVANCE EXPENSES**

THIS MATTER comes before the Court on the Unopposed Motion for Extension of Deadlines Having reviewed and considered the Motion, the Court finds and that the motion is not opposed and that there is good cause to grant the motion.

IT IS THEREFORE ORDERED that Plaintiffs/Third Party Defendants' Deadline to Respond to Third-Party Plaintiff Ronald R. Cobb's Motion for Partial Summary Judgment Against Third-Party Defendant Avalon Jubilee, LLC: Claim for Advance Expenses, is extended by one day, until December 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

**Submitted By:**

By */s/ Deborah R. Stambaugh*
   Deborah R. Stambaugh
Deborah R. Stambaugh
8338 Comanche Rd NE, Suite A301
Albuquerque, NM 87190
(505) 980-4300
deb@stambaugh.law
*Attorney for Plaintiffs/Third Party Defendant*


**Approved By:**

MOSES, DUNN, FARMER & TUTHILL, P.C.

By *approved via email on Dec 19, 2018*
   Alicia L. Gutierrez
   Joseph L. Werntz
   P.O. Box 27047
   Albuquerque, NM 87125
   (505) 843-9440
   alicia@moseslaw.com
   joe@moseslaw.com
   *Attorneys for Defendants Land Strategies, LLC,*
   *Ron Cobb, and Peter Ghishan*

SAUCEDO CHAVEZ PC

By *approved via email on Dec 19, 2018*
   Frank T. Apodaca
   Ryan Hart Harrigan
   800 Lomas Blvd. NW, Suite 200
   Albuquerque, NM 87102
   (505) 338-3945
   fapodaca@saucedochavez.com
   rharrigan@saucedochavez.com
   *Attorneys for Defendants Land Strategies, LLC,*
   *Ron Cobb, and Peter Ghishan*