IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALPHA ALPHA, LLC, a New Mexico limited
liability company, on behalf of itself and
derivatively on behalf of Avalon Jubilee, LLC,

    Plaintiff,

    vs.                          No. CV 18-648 KG/JFR

LAND STRATEGIES, LLC,
a Nevada limited liability company,
RONALD R. COBB, and PETER GHISHAN,

    Defendants,

-and-

RONALD R. COBB,

    Third-Party Plaintiff,

    vs.

AVALON JUBILEE, LLC,
a New Mexico limited liability company,

    Third-Party Defendant.

## PARTIAL JUDGMENT

Having granted Third-Party Plaintiff Ronald R. Cobb's Motion for Partial Summary Judgment on his claim for advancement by Memorandum Opinion and Order filed contemporaneously herewith,

IT IS ORDERED THAT Judgment is entered in favor of Third-Party Plaintiff Ronald R. Cobb on his claim for advancement.

_____
UNITED STATES DISTRICT JUDGE